**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 186 MM 2018
                           :
            Respondent          :
                            :
                            :
              v.                   :
                            :
                            :
TRINA GORDON,                   :
                            :
            Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.